AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## WESTERN DISTRICT OF NEW YORK

Michael C. Edminster, Cathy L. Petri

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 09cv121

v.

NCO Financial Systems, Inc.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED plaintiffs accept defendant's offer of judgment in the amount of $1,500.00 plus reasonable attorneys fees and costs to be determined by the Court on application by the plaintiffs.

Date: April 17, 2009

MICHAEL J. ROEMER, CLERK
s/Diane Radloff
By: Diane Radloff
 Deputy Clerk